IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
LAREDO DIVISION

| | |
|---|---|
| ALICIA GARZA, § | |
|    Plaintiff § | |
| § | |
| v. § | CIVIL ACTION NO. _____ |
| § | |
| JUAN CESAREO BANUELOS & § | |
| TRANSPORTES DE CARGA FEMA, § | |
| S.A. DE C.V. § | |
|    Defendants § | |

## NOTICE OF REMOVAL

**To the Honorable Judges of the United States District Court for the Southern District of Texas, Laredo Division:**

Juan Cesareo Banuelos is a defendant in a civil action brought on August 27, 2021 in the 111th Judicial District Court of the State of Texas, County of Webb, entitled "Alicia Garza v. Juan Cesareo Banuelos, Transportes de Carga Fema, SA de CV," Cause No. 2021CVA001644D2. Juan Cesareo Banuelos files this notice of removal under 28 U.S.C. § 1441, and respectfully shows that removal is proper as follows:

**I.**

The citation and petition in this action have not yet been served upon Juan Cesareo Banuelos.[1] Therefore, this notice of removal is timely filed under 28 U.S.C. § 1446(b). *Bd. Of Regents of Univ. of Tex. Sys. V. Nippon Tel. & Tel. Corp.*, 478 F.3d 274, 278 (5th Cir. 2007); see also *Monterey Mushrooms, Inc.* v. Hall, 14 F. Supp. 2d 988, 991 (S.D. Tex. 1998) (The statutory period for removal begins to run from the time a defendant actually

---

[1] Plaintiff's counsel served the citation and original petition upon the Chair of the Texas Transportation Commission, who then on March 28, 2022 placed these in the mail to Banuelos. However, the mail has not yet been delivered to Banuelos and so defendant Banuelos has not yet been served.

receives a copy of the pleadings and not when the statutory agent receives process.)

In addition, as required by Local Rule 81 and 28 U.S.C. § 1446(a), attached hereto as **Exhibit "A"** is an Index of Matters Being Filed along with the required attachments and all process, pleading, and orders served in the action. Please further see the List of All Counsel of Record attached as **Exhibit "B"**.

**II.**

The district courts of the United States have original jurisdiction over this action based on diversity of citizenship among the parties, in that the defendants are now and were at the time the action was commenced diverse in citizenship from the Plaintiff.

Plaintiff, Alicia Garza, is a resident of Webb County, in the State of Texas, USA, and was a resident there at the time this action was commenced.

Defendant, Juan Cesareo Banuelos, is now and was at the time this action was commenced a resident and citizen of Nuevo Laredo, Tamaulipas, Mexico and of no other state.

Defendant, Transportes de Carga Fema, SA de CV, is an entity incorporated under the laws of Mexico, having its principal place of business now and at the time this action was commenced at its headquarters Carr. Aeropuerto Piedras Negras, Km. 0.440, Nuevo Laredo, Tamaulipas, Mexico C.P. 88298. Transportes de Carga Fema, SA de CV is now and was at the time this action was domiciled in Mexico and no other state. It consents to this removal.

Because plaintiff Alicia Garza is a citizen of the United States and the defendants, Juan Cesareo Banuelos and Transportes de Carga Fema, SA de CV, are domiciled in Mexico, complete diversity of citizenship exists among the parties.

**III.**

The amount in controversy in this action exceeds, exclusive of interest and costs, the sum of $75,000. In her Original Petition, Plaintiff has alleged that her damages exceed $250,000.00 and do not exceed $1,000,000.00. Further, Plaintiff's Original Petition alleges that the accident making the basis of the lawsuit "caused Plaintiff grievous bodily injury." Plaintiff has not filed any binding stipulation or affidavit that her damages are below $75,000. Based on the above, defendant Juan Cesareo Banuelos believes that should Plaintiff prevail on the claims against him as stated in Plaintiff's Original Petition, Plaintiff seeks damages in excess of $75,000.

## IV.
## PRAYER

Removal of this action is proper under 28 U.S.C. § 1441, since it is a civil action brought in state court, and the federal district courts have original jurisdiction over the subject matter under 28 U.S.C. § 1332 because the plaintiff and defendants are diverse in citizenship.

WHEREFORE, Juan Cesareo Banuelos, defendant in this action, pursuant to these statutes and in conformance with the requirements set forth in 28 U.S.C. § 1446, now removes this action from the 111th District Court of the State of Texas, County of Webb, to this Court, and prays that this Court enter such orders and grant such relief as may be necessary to secure such removal.

Respectfully submitted,

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

By: /s/ James H. Hunter, Jr.
    James H. Hunter, Jr.
    Attorney-In-Charge
    Federal I.D. No. 15703
    Texas State Bar No. 00784311
    55 Cove Circle
    Brownsville, Texas 78521

Tel. (956) 542-4377
Fax (956) 542-4370
Email: jim.hunter@roystonlaw.com
**Attorneys for Defendant,
JUAN CESAREO BANUELOS**

OF COUNSEL:

**ROYSTON, RAYZOR, VICKERY & WILLIAMS, L.L.P.**

Shauna A. Lozano
Federal ID No. 3151244
Texas State Bar No. 24106229
55 Cove Circle
Brownsville, TX 78523
Telephone: (956) 542-4377
Facsimile: (956) 542-4370
Email: shauna.lozano@roystonlaw.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that a true and correct copy of the above and foregoing document was served to all known counsel of record via regular mail on this April 27, 2022.

David G. Gutierrez
THE LAW FIRM OF OSCAR A. GARZA, PLLC
6243 W. Interstate 10, Suite 970
Building D., Suite 102
San Antonio, Texas 78201-2091
*Attorneys for Plaintiff*

/s/ James H. Hunter, Jr.
Of Royston, Rayzor, Vickery & Williams, L.L.P.