IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS,
LAREDO DIVISION

| | | |
|---|---|---|
| ALICIA GARZA,<br>    Plaintiff | §<br>§<br>§ | |
| v. | §<br>§ | CIVIL ACTION NO. _____ |
| JUAN CESAREO BANUELOS &<br>TRANSPORTES DE CARGA FEMA,<br>S.A. DE C.V.<br>    Defendants | §<br>§<br>§<br>§<br>§ | |

**EXHIBIT A**
**INDEX OF MATTERS BEING FILED PER LOCAL RULE 81**

1. ALL EXECUTED PROCESS - *None*

2. PLEADINGS ASSERTING CAUSES OF ACTION AND ALL ANSWERS TO SUCH PLEADINGS

   - Plaintiff's Original Petition, attached as part of *Exhibit A*

3. ALL ORDERS SIGNED BY THE STATE JUDGE –

   - Order of Dismissal for Want of Prosecution, signed November 3, 2021, attached as part of *Exhibit A*
   - Order on Plaintiff's Motion to reinstate, signed December 14, 2021, attached as part of *Exhibit A*

4. DOCKET SHEET

   - Case Summary for Case No. 2021CVA001644D2, *Alicia Garza v. Juan Cesareo Banuelos, Transportes de Carga Fema, SA de CV,* pending in the 111th Judicial District Court of Webb County, Texas, attached as part of *Exhibit A*

5. LIST OF ALL COUNSEL OF RECORD

   - *List of All Counsel of Record,* attached as *Exhibit B*

# CASE SUMMARY
## CASE NO. 2021CVA001644D2

| | |
|---|---|
| ALICIA GARZA<br>VS.<br>JUAN CESAREO BANUELOS, TRANSPORTES DE CARGA FEMA, SA DE CV | Location: **111th District Court**<br>Judicial Officer: **Notzon, Monica Z.**<br>Filed on: **08/27/2021** |

---

### CASE INFORMATION

**Statistical Closures**
11/03/2021  Dismissed for Want of Prosecution (OCA)

Case Type: **Injury or Damage - Motor Vehicle (DC)**
Subtype: **Motor Vehicle Accident (DC)**

---

### CASE ASSIGNMENT

**DATE**

**Current Case Assignment**
Case Number: 2021CVA001644D2
Court: 111th District Court
Date Assigned: 08/27/2021
Judicial Officer: Notzon, Monica Z.

---

### PARTY INFORMATION

*Lead Attorneys*

**Plaintiff**  GARZA, ALICIA
GUTIERREZ, DAVID G
*Retained*
210-732-3030(W)

**Defendant**  BANUELOS, JUAN CESAREO

TRANSPORTES DE CARGA FEMA, SA DE CV

---

### EVENTS & ORDERS OF THE COURT

| DATE | | INDEX |
|---|---|---|
| 08/27/2021 | Civil Case Filed (OCA) | |
| 08/27/2021 | Original Petition<br>*PLAINTIFF'S ORIGINAL PETITION* | |
| 08/27/2021 | Notes-Miscellaneous<br>*NO ISSUANCE DUE TO NONPAYMENT (EA)* | |
| 08/30/2021 | Calendar Call<br>*CALENDAR CALL FAXED TO ATTORNEY (EA)* | |
| 08/30/2021 | Bill Of Cost<br>*BILL FAXED TO ATTORNEY (EA)* | |
| 08/30/2021 | Atty Request - Issuance<br>*LETTER FROM ATTORNEY DAVID G. GUTIERREZ - REQUESTING ISSUANCE* | |
| 08/31/2021 | Citation-Issuance<br>*CITATION ISSUED AS TO TRANSPORTES DE CARGA FEMA SA DE CV PLACED IN THE PRIVATE SERVER BASKET.* | |
| 08/31/2021 | **Citation**<br>TRANSPORTES DE CARGA FEMA, SA DE CV<br>Unserved | |

A True copy of the original
the 20th day of April
ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law Webb County, Texas
By _____ Deputy

[SEAL: DISTRICT COURT OF WEBB COUNTY, TEXAS]

# Case Summary
## Case No. 2021CVA001644D2

| Date | Entry |
|---|---|
| 08/31/2021 | Citation-Issuance<br>*CITATION ISSUED AS TO JUAN CESAREO BANUELOS PLACED IN THE PRIVATE SERVER BASKET* |
| 08/31/2021 | **Citation**<br>BANUELOS, JUAN CESAREO<br>Unserved |
| 11/01/2021 | **Calendar Call** (11:00 AM) (Judicial Officer: Notzon, Monica Z.) |
| 11/01/2021 | Notes-Hearing Notes<br>*CASE CALLED. VIA ZOOM CONFERENCE. JUDGE MONICA Z. NOTZON PRESIDING. VICENTE MENDOZA, COURT REPORTER. HEARING: CALENDAR CALL. NO PARTIES OR ATTORNEY PRESENT FOR PLAINTIFF/DEFENDANT. CASE DISMISSED WITH LACK OF PROSECUTION* |
| 11/03/2021 | **Case Dismissed For Want of Prosecution** (Judicial Officer: Notzon, Monica Z.) |
| 11/04/2021 | Order To Dismiss<br>*ORDER OF DISMISSAL FOR WANT OF PROSECUTION SIGNED BY JUDGE MONICA Z. NOTZON ON 11/03/2021. CERTIFIED COPIES MAILED AS TO ATTORNEY DAVID GUTIERREZ, DEFENDANTS JUAN BANUELOS AND TRANSPORTES DE CARGA DEMA.* |
| 11/10/2021 | Returned Mail<br>*RETURNED MAIL (ORDER OF DISMISSAL FOR WANT OF PROSECUTION) AS TO TRANSPORTES DE CARGA FEMA.* |
| 11/10/2021 | Returned Mail<br>*RETURNED MAIL (ORDER OF DISMISSAL FOR WANT OF PROSECUTION) AS TO JUAN CESAREO BANUELOS.* |
| 12/03/2021 | Motion To Reinstate<br>*PLAINTIFF'S MOTION TO REINSTATE* |
| 12/03/2021 | Proposed Order<br>*PROPOSED ORDER SETTING HEARING (MOTION TO REINSTATE). RECEIVED/SENT TO COURT COORDINATOR* |
| 12/09/2021 | Order Setting Hearing<br>*ORDER SETTING HEARING (PLAINTIFF'S MOTION TO REINSTATE) SET FOR 12/14/21 AT 9:00 A.M. COPY FAXED TO ATTORNEY DAVID G. GUITIERREZ BY COURT COORDINATOR.* |
| 12/14/2021 | **Motion to Reinstate** (9:00 AM) (Judicial Officer: Notzon, Monica Z. ;Location: 111TH District -3rd Floor) |
| 12/14/2021 | Notes-Hearing Notes<br>*CASE CALLED. VIA ZOOM CONFERENCE. JUDGE MONICA Z. NOTZON PRESIDING. VICENTE MENDOZA, COURT REPORTER. HEARING: MOTION TO REINSTATE. ATTORNEY DAVID GUTIERREZ PRESENT FOR PLAINTIFF. NO ATTORNEYS OR PARTIES PRESENT FOR DEFENDANT. ORDER ON MOTION TO REINSTATE TO BE FILED AND GRANTED BY THE COURT. CASE SET FOR CALENDAR CALL 02/01/2022 AT 11:00 AM.* |
| 12/14/2021 | Atty Request - Miscellaneous<br>*ATTORNEY LETTER RE: RE-REQUEST ISSUANCE OF CITATION AS TO JUAN CESAREO BANUELOS AND TRANSPORTS DE CARGA FEMA, SA DE CV* |

# CASE SUMMARY
## CASE NO. 2021CVA001644D2

| | |
|---|---|
| 12/15/2021 | Order-Miscellaneous<br>ORDER (PLAINTIFF'S MOTION TO REINSTATE) SIGNED BY JUDGE MONICA Z. NOTZON ON 12/14/2021. CERTIFIED COPY MAILED AS TO ATTORNEY DAVID GUTIERREZ. |
| 12/22/2021 | Miscellaneous Filing<br>CALLED ATTORNEY OSCAR GARZA'S PARALEGAL TO INFORM ABOUT WANTING ISSUANCE OF CITATION TO BE SENT TO TEXAS SECRETARY OF STATE. (MISSING FEE) |
| 12/28/2021 | Atty Request - Miscellaneous<br>ATTORNEY LETTER RE: PAYING REMAINING FEES FOR SECRETARY OF STATE. |
| 12/28/2021 | Citation-Issuance<br>CITATION ISSUED AS TO JUAN CESAREO BANUELOS. *BEING HELD BY CLERK/ WAITING ON PRIVATE SERVER TO COME WITH PETITIONS*<br><br>*PRIVATE SERVER BROUGHT PETITIONS/HANDED CITATIONS TO PRIVATE SERVER ON 01/04/2021* |
| 12/28/2021 | **Citation**<br>BANUELOS, JUAN CESAREO<br>Unserved |
| 12/28/2021 | Citation-Issuance<br>CITATION ISSUED AS TO TRANSPORTES DE CARGA FEMA BY DELIVERING A TRUE AND CORRECT COPY OF CITATION TO THE TEXAS SECRETARY OF STATE. *BEING HELD BY CLERK/ WAITING ON PRIVATE SERVER TO COME WITH PETITIONS*<br><br>*PRIVATE SERVER BROUGHT PETITIONS/HANDED CITATIONS TO PRIVATE SERVER ON 01/04/2021* |
| 12/28/2021 | **Citation**<br>TRANSPORTES DE CARGA FEMA, SA DE CV<br>Unserved |
| 12/28/2021 | Atty Request - Miscellaneous<br>ATTORNEY LETTER RE: TEXAS SECRETARY OF STATE ADDRESS |
| 12/29/2021 | Notice Of Hearing<br>NOTICE OF HEARING (CALENDAR CALL) SET FOR 02/01/22 AT 11:00 A.M. COPY FAXED TO ATTORNEY DAVID G. GUTIERREZ BY COURT COORDINATOR. |
| 02/01/2022 | **Calendar Call** (11:00 AM) (Judicial Officer: Notzon, Monica Z.) |
| 02/01/2022 | Notes-Hearing Notes<br>ZOOM CONFERENCE. JUDGE MONICA Z. NOTZON PRESIDING. VICENTE MENDOZA, COURT REPORTER. HEARING: CALENDAR CALL. ATTORNEY DAVID G. GUTIERREZ PRESENT FOR PLAINTIFF. COUNSEL/PARTIES NOT PRESENT FOR DEFENDANT. CASE RESET FOR 3/31/22 AT 9:00 A.M. CALENDAR CALL. |
| 03/09/2022 | Notice Of Hearing<br>NOTICE OF HEARING (CALENDAR CALL) SET FOR 03/31/2022 AT 9:00 AM. COPIES FAXED AS TO ATTORNEYS DAVID GUTIERREZ COURT COORDINATOR. |
| 03/18/2022 | Atty Request - Issuance<br>ATTORNEY REQUEST RE: CITATION FOR JUAN BANUELOS VIA CHARIMAN OF THE |

| DATE | | |
|---|---|---|
| | *TEXAS TRANSPORTATION COMMISSION* | |
| 03/21/2022 | Citation-Issuance<br>*CITATION ISSUED AS TO JUAN CESAREO BANUELOS VIA J. BRUCE BRUGG JR. THE CHAIRMAN OF THE TEXAS TRANSPORTATION COMMISSION. *BEING HELD BY CLERK/WAITING ON PRIVATE PROCESSOR TO BRING PETITIONS* *<br><br>**RECEIVED PETITIONS FOR ISSUANCE/PLACED IN PRIVATE SERVER BASKET 03/22/2022*** | |
| 03/21/2022 | **Citation**<br>BANUELOS, JUAN CESAREO<br>Unserved | |
| 03/31/2022 | **Calendar Call** (9:00 AM) (Judicial Officer: Notzon, Monica Z.) | |
| 03/31/2022 | Notes-Hearing Notes<br>*ZOOM CONFERENCE. JUDGE MONICA Z. NOTZON PRESIDING. HEARING: CALENDAR CALL. ATTORNEY DAVID G. GUTIERREZ PRESENT FOR PLAINTIFF. COUNSEL/PARTIES NOT PRESENT FOR DEFENDANT. CASE RESET FOR 6/13/22 AT 11:00 A.M. FOR CALENDAR CALL. SUBMIT PRE TRIAL GUIDELINE ORDER SAME DATE.* | |
| 04/07/2022 | Notice Of Hearing<br>*NOTICE OF HEARING (CALENDAR CALL) SET FOR 6/13/22 AT 11:00 A.M. COPY FAXED TO ATTORNEY DAVID G. GUTIERREZ BY COURT COORDINATOR.* | |
| 06/13/2022 | **Calendar Call** (11:00 AM) (Judicial Officer: Notzon, Monica Z.) | |

| DATE | FINANCIAL INFORMATION | |
|---|---|---|
| | **Plaintiff** GARZA, ALICIA<br>Total Charges<br>Total Payments and Credits<br>**Balance Due as of 4/20/2022** | 432.00<br>432.00<br>0.00 |

Filed
8/27/2021 4:09 PM
Esther Degollado
District Clerk
Webb District
Esmeralda Alvarado
2021CVA001644D2

2021CVA001644D2

CAUSE NO. _____

| | | |
|---|---|---|
| ALICIA GARZA, *Plaintiff,* | § § § | IN THE DISTRICT COURT |
| v. | § § § | ___ JUDICIAL DISTRICT |
| JUAN CESAREO BANUELOS & TRANSPORTES DE CARGA FEMA, SA DE CV, *Defendants.* | § § § | WEBB COUNTY, TEXAS |

## PLAINTIFF'SS ORIGINAL PETITION

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COMES, ALICIA GARZA (hereinafter "Plaintiff"), complaining of JUAN CESAREO BANUELOS & TRANSPORTES DE CARGA FEMA SA DE VC, (hereinafter collectively referred to "Defendants"), and for his cause of action would respectfully show unto the Court and Jury as follows:

### Parties

Plaintiff is a resident of Webb County, Texas.

Defendant, JUAN CESAREO BANUELOS (hereinafter, individually as "DEFENDANT BANUELOS"), is an individual who resides in Bexar County, Texas, and may be served with process at his residence or wherever he may be found.

Defendant, TRANSPORTES DE CARGA FEMA, SA DE VC, (hereinafter, individually as "TRANSPORTES FEMA"), is a Mexican corporation doing business in Texas and may be served by delivering a true and correct copy of the citation to The Texas Secretary of State.

### Discovery Control Plan

Plaintiff's damages exceed $250,000.00 and does not exceed $1,000,000.00 and they hereby intend to conduct discovery under Level 2 of Texas Rules of Civil Procedure 190.

## Venue Facts

Plaintiff are maintaining this cause of action in Bexar County, Texas, because a substantial part of the events or omissions giving rise to the claims in this lawsuit occurred in Bexar County, Texas. Plaintiff is further maintaining this cause of action in Bexar County, Texas pursuant to section 15.002 (a)(1) of the Texas Civil Practice and Remedies Code.

## Classification

Plaintiff brings this cause of action against the named Defendants for personal injuries caused by an incident which occurred on or about December 19, 2018, in San Antonio, Bexar County, Texas. All conditions precedent have been satisfied.

## Background Information

On or about February 16, 2021, Plaintiff was operating a vehicle in Webb County, Texas. At the same time, DEFENDANT BANUELOS, was operating a vehicle owned by TRANSPORTES FEMA, directly behind Plaintiff's vehicle. Without warning, DEFENDANT BANUELOS failed to maintain a proper speed and caused a collision between the vehicle he was operating and Plaintiff's vehicle. This collision caused Plaintiff grievous bodily injury.

Plaintiff further allege that DEFENDANT BANUELOS was in the course and scope of his employment for TRANSPORTES FEMA at the time of the incident in question. Furthermore, DEFENDANT BANUELOS was operating TRANSPORTES FEMA's vehicle for the economic benefit of TRANSPORTES FEMA at the time of the incident made the basis of this lawsuit. Therefore, all Defendants named herein are liable to for the injuries and damages sustained by Plaintiff under the Respondeat Superior doctrine.

## Negligence Against Defendant, JUAN CESAREO BANUELOS

Negligence Against Defendant, JUAN CESAREO BANUELOS

The foregoing facts are incorporated by reference.

On the occasion in question, Defendant, JUAN CESAREO BANUELOS, operated a vehicle in a negligent manner, in that he violated the duty which he owed to Plaintiff to exercise ordinary care in the operation of a motor vehicle in one or more of the following respects:

a. In failing to keep such a lookout as a person of ordinary prudence would have kept under the same or similar circumstances;

b. In failing to timely apply the brakes to his vehicle in order to avoid the collision in question;

c. In failing to take proper evasive action and avoid the collision in question;

d. In failing to control the speed of his vehicle to avoid the collision in question;

e. In failing to maintain attention while driving, as a reasonable prudent person would have done;

f. In operating his vehicle at an unsafe rate of speed.

g. In operating his motor vehicle at a rate of speed which was greater than that would have been operated by a person of ordinary prudence under the same or similar circumstances;

h. Followed Plaintiff's vehicle too closely;

Plaintiff would further show that the above and foregoing acts were separate and distinct acts of negligence and that they are the direct and proximate cause of the incident in question and the Plaintiff's resulting injuries as will be more accurately described herein below.

Each of these acts and omissions, singularly or in combination with such other acts and omissions constituted negligence which proximately caused the accident made the basis of this lawsuit, and the damages and injuries suffered by the Plaintiff.

### Respondeat Superior

On the occasion in question, DEFENDANT BANUELOS was an agent, employee, and/or representative of TRANSPORTES FEMA and was acting in the course and scope of his agency and/or employment and thus TRANSPORTES FEMA are liable for the tortuous acts and/or omissions of their employee and/or representative, pursuant to the doctrine of Respondeat Superior and/or Agency.

### Negligent Actions of TRANSPORTES FEMA

Plaintiff, ROBERT WRIGHT & KAREN LEAL, allege that on the occasion in question, TRANSPORTES FEMA was negligent in that they violated the duty which they owed Plaintiff, to exercise ordinary care in the operation of their business in one or more of the following respects:

a. In failing to use ordinary care and properly screen prospective employees and/or agents and negligently hiring Defendant, DEFENDANT BANUELOS.

b. In failing to supervise and monitor Defendant, DEFENDANT BANUELOS, as a reasonable company would have done under the same or similar circumstances.

c. In failing to train its employee and/or agent Defendant, DEFENDANT BANUELOS, as a reasonable company would have done under the same or similar circumstances.

e. In retaining its employee and/or agent Defendant, DEFENDANT BANUELOS, after Defendant, TRANSPORTES FEMA, knew or should have known that the continued employment and/or services of Defendant, DEFENDANT BANUELOS, would create an unreasonable risk and harm to others.

f. In failing to enforce and ensure compliance of established operational rules and regulations for its employees and/or agents as reasonable company would have done under the same or similar circumstances.

Plaintiff would further show that the above and foregoing acts were separate and distinct acts of tortious activity and that they are the direct and proximate cause of the incident in question and the Plaintiff's resultant damages.

Each of these acts and omissions, singularly or in combination with such other acts and omissions constituted tortious activity which proximately caused the incident made the basis of this lawsuit, and the damages suffered by Plaintiff.

### Request for Disclosure

Pursuant to Rule 194 of the Texas Rules of Civil Procedure, Plaintiff hereby request that Defendants disclose on or before the first business day following the expiration of fifty (50) days from Defendants' receipt of service of this Petition, the information and material described in Tex. R. Civ. P. 194.2(a)-(l).

### Pre-Judgment and Post-Judgment Interest

Plaintiff further allege that they are entitled to recover pre-judgment and post-judgment interest at the legal rate as provided for by the case of <u>Cavnar v. Quality Control Parking, Inc.</u>, 696 S.W.2d 549, (Tex. 1985) and by Section 304 of the Texas Finance Code.

By reason of all of the above and foregoing elements, Plaintiff have suffered losses and damages in a sum that far exceed the minimum jurisdictional limits of this Court and for which they hereby sue said Defendants.

### Jury Demand

Plaintiff demand a jury trial and tenders the appropriate fee with this petition.

### Prayer

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays for the following:

A. That Defendant be cited to appear herein.

B.  That after trial on the merits, the Honorable Court enters judgment against Defendant and in favor of Plaintiff for actual damages, consequential damages, incidental damages, compensatory damages, mental anguish damages, costs of court, and expenses of the lawsuit, pre-judgment interest, and post-judgment interest, as allowed by law or as plead herein; and

C.  For all such further and additional relief to which Plaintiff are justly entitled at law and in equity.

        Respectfully submitted,

        The Law Firm of Oscar A. Garza, PLLC.
        6243 W Interstate 10, Suite. 970
        San Antonio, Texas 78201-2091
        Tel: (210) 732-3030
        Fax: (210) 732-3031

        David G. Gutierrez
        Texas State Bar No. 24089801
        dgutierrez@oscargarzalaw.com
        **COUNSEL FOR PLAINTIFF**

A True copy of the original I certify
the ___ day of April
ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law Webb County, Texas
By _____ Deputy

CAUSE NO. 2021CVA001644D2

| | | |
|---|---|---|
| ALICIA GARZA | § | IN THE DISTRICT COURT |
| VS. | § | |
| JUAN CESAREO BANUELOS | § | 111TH JUDICIAL DISTRICT |
| TRANSPORTES DE CARGA FEMA | § | |
| | § | WEBB COUNTY, TEXAS |

## ORDER OF DISMISSAL FOR WANT OF PROSECUTION

On this the 1ST day of **November** 2021 came to be considered the above styled and numbered cause for <u>CALENDAR CALL HEARING</u> said cause having been duly set on the Court's Docket Petitioner not present and Respondent was not present. The Court is of the opinion that this cause of action should be **DISMISSED** from the Court's Docket of the 111th District Court, and therefore this cause of action is hereby **DISMISSED**.

**IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED** that the above styled and numbered cause is hereby **DISMISSED** and all costs of Court are adjudged against the party incurring same.

SIGNED and ENTERED on November 3rd 2021.

MONICA Z. NOTZON, JUDGE
111TH Judicial District Court
Laredo, Webb County, Texas

CAUSE NO. 2021CVA001644D2

| | | |
|---|---|---|
| ALICIA GARZA, | § | IN THE DISTRICT COURT |
| Plaintiff, | § | |
| | § | |
| v. | § | 111TH JUDICIAL DISTRICT OF |
| | § | |
| JUAN CESAREO BANUELOS, ET AL., | § | |
| Defendants. | § | WEBB COUNTY, TEXAS |

## ORDER

On this day came to be heard the Plaintiff's Motion to Reinstate, and after reviewing the Motion and Pleadings on file, it is of the opinion of the Court that Plaintiff's Motion is hereby GRANTED and the above referenced cause is reinstated back onto the Court's trial docket.

Signed this _14_ day of _December_, 2021.

HONORABLE JUDGE PRESIDING

DRAFTED BY:

The Law Firm of Oscar A. Garza, PLLC
6243 W Interstate 10, Suite. 970
San Antonio, Texas 78201-2091
Tel: (210) 732-3030
Fax: (210) 732-3031

David G. Gutierrez
Texas State Bar No. 24089801
dgutierrez@oscargarzalaw.com
**COUNSEL FOR PLAINTIFF**

A True copy of the original I certify
the ___ day of _April_
ESTHER DEGOLLADO
Clerk of the District Courts and
County Courts at Law Webb County, Texas
By _____ Deputy